AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RYAN COLBY THOMAS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 626-020

BULLOCH COUNTY JAIL, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 15, 2026, Plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief may be granted. This case stands closed.

Approved by: ______________________

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 15, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*